RECEIVED
IN LAKE CHARLES, LA.

DEC 04 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **HECTOR SANTIAGO** | * | **CIVIL ACTION NO. 2:15-cv-575** |
| **BOP #55424-066** | * | **SECTION P** |
| | * | |
| v. | * | **JUDGE MINALDI** |
| | * | |
| | * | |
| **BECKY CLAY** | * | **MAGISTRATE JUDGE KAY** |

**************************************************************

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 2) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that the petition for habeas corpus (Rec. Doc. 1) filed pursuant to 28 U.S.C. § 2241 is **DISMISSED WITH PREJUDICE** because the court lacks jurisdiction to consider these claims.

Lake Charles, Louisiana, this ___ day of _____, 2015.

_____
PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE